Anthony DANNA, Plaintiff–Appellant

v.

Terry APPLE; Donald Tusa; James Dousay; Lloyd Scallan; Hubert Graves, Defendants–Appellees.

No. 09–30735

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 18, 2010.

Anthony Danna, Baton Rouge, LA, pro se.

Patricia Hill Wilton, Louisiana Department of Justice, Baton Rouge, LA, for Defendants–Appellees.

Before REAVLEY, JOLLY, and OWEN, Circuit Judges.

PER CURIAM: *

The district court's judgment is affirmed. That court had jurisdiction of the case with the federal claim. If an amendment had been allowed, jurisdiction would have remained. Plaintiffs made no response to defendants' motion for summary judgment and the judgment was granted three months later. Plaintiffs claim no error of that.

AFFIRMED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.